IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01810-BNB

ERIC B. BARNEY JR.,

    Plaintiff,

v.

COMMANDER HARTMANN,
JOHN DOE OFFICER, and
JANE DOE OFFICER,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT -9 2007

GREGORY C. LANGHAM
                         CLERK

## ORDER OF DISMISSAL

Plaintiff Eric B. Barney Jr. is in the custody of the Colorado Department of Corrections and currently is incarcerated at the Limon, Colorado, Correctional Facility. Mr. Barney has filed a *pro se* Prisoner Complaint pursuant to 42 U.S.C. § 1983 and to 28 U.S.C. § 1343.

The Court must construe the Complaint liberally because Mr. Barney is a *pro se* litigant. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). If a complaint reasonably can be read "to state a valid claim on which the plaintiff could prevail, [a court] should do so despite the plaintiff's failure to cite proper legal authority, his confusion of various legal theories, his poor syntax and sentence construction, or his unfamiliarity with pleading requirements." *Hall*, 935 F.2d at 1110. However, the Court should not act as a *pro se* litigant's advocate. *See Id.* Although it is apparent that Mr. Barney's claims are barred by the statute of

limitations, because the claims arose more than two years before the instant action was filed, the Court will dismiss the Complaint and action as legally frivolous for the reasons stated below.

In the Complaint, Mr. Barney asserts that his Eighth and Fourteenth Amendment rights were violated when he was placed in solitary confinement upon his booking in the Broomfield County Jail and was kept in solitary confinement for seven months. Plaintiff seeks money damages.

Previously, Mr. Barney filed a complaint in this Court in which he raised the same claims that he sets forth in the instant action. **Barney v. Hartmann, et al.**, No. 06-cv-01216-MSK (D. Colo. Feb. 28, 2007). Repetitious litigation of virtually identical causes of action may be dismissed as frivolous or malicious. **See Bailey v. Johnson**, 846 F.2d 1019, 1021 (5th Cir. 1988) (per curiam); **Van Meter v. Morgan**, 518 F.2d 366, 368 (8th Cir. 1975) (per curiam). The Court may consult its own records to determine whether a pleading repeats pending or previously litigated claims. **See Duhart v. Carlson**, 469 F.2d 471 (10th Cir. 1972). In Case No. 06-cv-01216-MSK, the court dismissed Plaintiff's amended complaint and directed the clerk to close the case because Plaintiff failed to remit periodic payments towards the filing fee as required by 28 U.S.C. § 1915(b) and failed to comply with the court's December 19, 2006, Order to Show Cause.

If a court fails to specify whether a dismissal is with or without prejudice the dismissal "operates as an adjudication on the merits." Fed. R. Civ. P. 41(b); **see also Fitzgerald v. Corr. Corp. of Am.**, 403 F.3d 1134, 1139 (10th Cir. 2005). This Court

finds that Case No. 06-cv-01216-MSK was dismissed with prejudice and adjudicated on the merits. Mr. Barney has not appealed the decision in Case No. 06-cv-01216-MSK. The Court, therefore, will not consider the merits of Plaintiff's claims in this action as they are repetitious and will dismiss the action as legally frivolous. Accordingly, it is

ORDERED that the Complaint and action are dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

DATED at Denver, Colorado, this 9 day of Oct. , 2007.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-01810-BNB

Eric B. Barney, Jr.
Prisoner No. 126501
Limon Correctional Facility
49030 State Hwy. 71
Limon, CO 80826

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 10/9/07

GREGORY C. LANGHAM, CLERK

By: _____
               Deputy Clerk